UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                    Case No. 07-cr-229-01-SM

Tony Rosas

O R D E R

Defendant's assented-to motion to continue the trial (document no. 23) is granted. Trial has been rescheduled for the September 2008 trial period. Defendant shall file a Waiver of Speedy Trial Rights not later than June 2, 2008. On the filing of such waiver, his continuance shall be effective.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

    Final Pretrial Conference:  August 25, 2008 at 3:30 PM

    Jury Selection:  September 3, 2008 at 9:30 AM

    SO ORDERED.

May 27, 2008

                                          Steven J. McAuliffe
                                          Chief Judge

cc:  Michael Zaino, Esq.
      Mark Sisti, Esq.
      U. S. Probation
      U. S. Marshal