UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                Case No. 07-cr-229-01-SM

Tony Rosas

O R D E R

    Defendant's assented-to motion to continue the trial (document no. 26) is granted. Trial has been rescheduled for the December 2008 trial period. Defendant shall file a Waiver of Speedy Trial Rights not later than August 1, 2008. On the filing of such waiver, his continuance shall be effective.

    The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

    Final Pretrial Conference:  November 24, 2008 at 4:00 PM

    Jury Selection:          December 2, 2008 at 9:30 AM

    SO ORDERED.

July 24, 2008                      _____
                                  Steven J. McAuliffe
                                  Chief Judge

cc:  Michael Zaino, Esq.
     Mark Sisti, Esq.
     U. S. Probation
     U. S. Marshal