UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>

      v.                                  Case No. 07-cr-229-01-SM

<u>Tony Rosas</u>


<u>O R D E R</u>


     Defendant's assented-to motion to continue the trial (document no. 34) for 30 days is granted. Trial has been rescheduled for the March 2009 trial period. Defendant shall file a Waiver of Speedy Trial Rights not later than February 23, 2009. On the filing of such waiver, his continuance shall be effective.

     The court finds that the ends of justice served by granting a continuance to provide defense counsel additional time to prepare outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account  the

exercise of due diligence under the circumstances.

       Final Pretrial Conference:       March 9, 2009 at 4:15 PM

       Jury Selection:       March 17, 2009 at 9:30 AM

       SO ORDERED.

February 17, 2009

                                        _____
                                      Steven J. McAuliffe
                                      Chief Judge

cc:  Counsel of Record
     U. S. Probation
     U. S. Marshal