UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                          Case No. 07-cr-229-01-SM

Tony Rosas

O R D E R

Defendant's assented-to motion to continue the trial and schedule a plea hearing (document no. 37) days is granted. Trial has been rescheduled for the April 2009 trial period. Defendant shall file a Waiver of Speedy Trial Rights not later than March 30, 2009. On the filing of such waiver, his continuance shall be effective.

The court finds that the ends of justice served by granting a continuance to provide defense counsel additional time to prepare outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the

exercise of due diligence under the circumstances.

    Final Pretrial Conference/
    Change of Plea:         April 1, 2009 at 11:00 AM

    Jury Selection:          April 21, 2009 at 9:30 AM

    SO ORDERED.

March 10, 2009                         _____
                                       Steven J. McAuliffe
                                       Chief Judge

cc:  Counsel of Record
     U. S. Probation
     U. S. Marshal